### 24931. MILLER *v.* THE STATE.

GUERRY, J. Defendant was indicted for and convicted of being under the influence of intoxicating liquors on a public street. This case is in all respects controlled by the rulings made in *Joiner* v. *State*, ante, 463.

*Judgment affirmed.* *Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JUNE 27, 1935.

*W. E. & W. G. Mann,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.